**Felix GORE, Appellant,**

v.

**GORMAN'S INCORPORATED et al.**

**No. 15723.**

United States Court of Appeals
Eighth Circuit.

Feb. 19, 1957.

Ray D. Jones, Jr., Kansas City, Mo., for appellant.

Jules E. Kohn, Ralph J. Tucker and Solbert M. Wasserstrom, Kansas City, Mo., for appellees.

PER CURIAM.

Appeal from District Court, 148 F. Supp. 241, dismissed, on stipulation of parties.